664 A.2d 940

IN THE MATTER OF MARIE CHEN, AN ATTORNEY AT LAW.

October 6, 1995.

### ORDER

The Disciplinary Review Board having filed its decision with the Court on August 16, 1995, recommending that **MARIE CHEN** of **BOUND BROOK**, who was admitted to the bar of this State in 1986, be reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.4 (failure to communicate), *RPC* 5.5(a) (lack of a *bona fide* office) and *RPC* 8.1(b) (failure to cooperate with the ethics authorities),

And the Disciplinary Review Board further recommending that respondent submit to the Board proof that she is currently in compliance with the *bona fide* office requirement and that she practice under the supervision of a proctor for a period of six months;

And good cause appearing;

It is ORDERED that **MARIE CHEN** is hereby reprimanded; and it is further

ORDERED that within twenty days of the filing date of this Order respondent submit to the Disciplinary Review Board proof that she maintains a *bona fide* New Jersey office; and it is further

ORDERED that respondent practice under the supervision of a practicing attorney approved by the Office of Attorney Ethics for a period of six months and until further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.